

John W. Reger
Bankruptcy Trustee
P.O. Box 933
Palo Cedro, CA  96073
(530) 224-9939

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.  05-27174-C-7 |
|---|---|
| MATTHEW SWITZER | Chapter 7 |
| Debtor(s) | TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Final Report and Proposed Distribution, and declares as follows:

1. INTRODUCTION.  The petition commencing this case was filed on June 10, 2005, the undersigned was appointed Trustee on June 13, 2005, and the 11 U.S.C. §341(a) meeting was completed on July 15, 2005.  The amount of the Trustee's bond is $2,500,000.00.

2. DISPOSITION OF ASSETS.  All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. § 554(a) or (b), or will be abandoned pursuant to 11 U.S.C. §554(c).  An accounting of the disposition of all property is attached hereto as U.S.T. Form 1 (Individual Estate Property Record).

3. RECEIPTS AND DISBURSEMENTS. An itemized statement of the Trustee's receipts and disbursements, showing total receipts of $1,104.00, disbursements of $0.00, and balance of funds on hand of $1,104.00, is attached hereto as U.S.T. Form 2 (Estate Cash Receipts and Disbursements Record).

4. CLAIMS. The bar date for the filing of claims has now been passed. All claims filed have been examined and all objections made by the Trustee or others have been determined by the Court or settled by the parties. See attached Claims Register.

5. TRUSTEE'S FEES AND EXPENSES. Pursuant to 11 U.S.C. §330(a) AND 326(a), the Trustee's compensation has been computed as follows:

| | | |
|---|---:|---:|
| Total Disbursement: | $1,104.00 | |
| Less: Amount Paid to Debtor | $0.00 | |
| Balance: | $1,104.00 | |
| 25% of first $5,000 or less | | $276.00 |
| Balance: | $0.00 | |
| 10% of next $45,000 or less | | $0.00 |
| Balance: | $0.00 | |
| 5% of next $950,000 or less | | $0.00 |
| Balance: | $0.00 | |
| 3% of balance | | $0.00 |
| Compensation Adjustment | | $0.00 |
| Maximum Compensation: | | $276.00 |

I have previously received $0.00 of the total compensation requested as interim compensation, and now request the additional sum of $276.00 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---|
| Copies ( 50 @ 0.10/COPIES ) | $5.00 |
| Copies/TFR ( 200 @ 0.10/ ) | $20.00 |
| Postage/TFR/Closing Docs ( 25 @ 0.39/ ) | $9.75 |
| Total Expenses: | $34.75 |

A Statement of Services Rendered is attached (if applicable).

I have received $0.00 of this total as interim expense reimbursement, and now request the additional sum of $34.75 as my final expense reimbursement.

6. PROFESSIONAL(S) FEES AND EXPENSES. Pursuant to 11 U.S.C. §330(a), the following professionals have filed applications for employment approved by the Court and are requesting the following total compensation and reimbursement of reasonable and necessary expenses incurred pursuant to their separate fee applications:

| Name | Total Requested | Interim Received | Balance Requested | Explanation |
|---|---|---|---|---|
| Totals: | $ | $ | $ | |

7. PROPOSED DISTRIBUTION. After deduction of any remaining allowed secured claims and deduction of the Trustee's request for compensation and reimbursement of reasonable and necessary expenses (or proration thereof), the remaining balance on hand should be disbursed in accordance with 11 U.S.C. §§330(a), 502(b), and 503(b) and to thereafter award final compensation, reimbursement of expenses, administrative expenses and other payments as stated in this report.

I certify under penalty of perjury that the foregoing is true and correct and that I have no agreement or understanding, expressed or implied, with anyone whosoever as to any division of fees in the above matter.

1
2
3
4
5

I request that the United States Trustee approve this report and further request that the Court provide notice and an opportunity for a hearing under 11 U.S.C. §§330(a), 502(b), and 503(b) and to thereafter award final compensation, reimbursement of expenses, administrative expenses and other payments as stated in this report.

Date: February 16, 2006

_____
John W. Reger, Bankruptcy Trustee

---

REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the foregoing Trustee's Final Report.

/s/Antonia Darling
Assistant United States Trustee

Email: Antonia.Darling@usdoj.gov
Phone: (916) 930-2090

Reviewed by: Donna Jensen

Exhibit A-1  
PROPOSED DISTRIBUTION

*Case Number:* 05-27174-C  
*Debtor Name:* SWITZER, MATTHEW  
*Date:* February 16, 2006

| Claim Number | Payee Name | Claim Type | Claim Amount | Paid To Date | Claim Balance | Proposed Payment | Int. Paid To Date | Proposed Int. Payment | Total Proposed | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| | *BEGINNING BALANCE* | | | | | | | | | $1,104.00 |
| P1 | John W. Reger - Trustee Compensation | Admin | $276.00 | $0.00 | $276.00 | $276.00 | $0.00 | $0.00 | $276.00 | $828.00 |
| P2 | John W. Reger - Trustee Expenses | Admin | $34.75 | $0.00 | $34.75 | $34.75 | $0.00 | $0.00 | $34.75 | $793.25 |
| | *SUBTOTAL FOR ADMINISTRATIVE CLAIMS* | | $310.75 | $0.00 | $310.75 | $310.75 | $0.00 | $0.00 | $310.75 | |
| | *SUBTOTAL FOR SECURED CLAIMS* | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | *SUBTOTAL FOR PRIORITY CLAIMS* | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 000001 | TRAVIC CREDIT UNION | Unsecur | $497.57 | $0.00 | $497.57 | $21.68 | $0.00 | $0.00 | $21.68 | $771.57 |
| 000002 | DISCOVER BANK | Unsecur | $7,150.52 | $0.00 | $7,150.52 | $311.60 | $0.00 | $0.00 | $311.60 | $459.97 |
| 000003 | CAVALRY PORTFOLIO SERVICES | Unsecur | $3,127.00 | $0.00 | $3,127.00 | $136.27 | $0.00 | $0.00 | $136.27 | $323.70 |
| 000004 | CITIBANK USA, N.A. | Unsecur | $1,453.30 | $0.00 | $1,453.30 | $63.33 | $0.00 | $0.00 | $63.33 | $260.37 |
| 000005 | CITIBANK/CHOICE | Unsecur | $5,975.03 | $0.00 | $5,975.03 | $260.37 | $0.00 | $0.00 | $260.37 | $0.00 |
| | *SUBTOTAL FOR UNSECURED CLAIMS* | | $18,203.42 | $0.00 | $18,203.42 | $793.25 | $0.00 | $0.00 | $793.25 | |
| | | | | | | | | | | |
| | *SUBTOTAL FOR OTHER CLAIMS* | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | TOTALS | | 18,514.17 | 0.00 | 18,514.17 | 1,104.00 | $0.00 | $0.00 | $1,104.00 | |

NOTE: Proposed Distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or any objections made to this Proposed Distribution.

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 05-27174   C   Judge: Christopher M. Klein     Trustee Name: John W. Reger
Case Name: SWITZER, MATTHEW     Date Filed (f) or Converted (c): 06/10/05 (f)
    341(a) Meeting Date: 07/15/05
For Period Ending: 02/16/06     Claims Bar Date: 10/17/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUNDS | 0.00 | 1,000.00 | | 1,104.00 | FA |
| 2. CASH ON HAND | 30.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS | 20.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. SECURITY DEPOSITS | 150.00 | 0.00 | DA | 0.00 | FA |
| 7. gun | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. JEWELRY | 20.00 | 0.00 | DA | 0.00 | FA |
| 9. cat | 10.00 | 0.00 | DA | 0.00 | FA |
| 10. 67 mustang | 200.00 | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $ 1,380.00 | $ 1,000.00 | | $ 1,104.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

LFORM1     Ver: 10.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-27174 -C | Trustee Name: | John W. Reger |
|---|---|---|---|
| Case Name: | SWITZER, MATTHEW | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********4827 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******2551 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| For Period Ending: | 02/16/06 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/06 | 1 | debtors | | 1224-000 | 1,104.00 | | 1,104.00 |

```
                           COLUMN TOTALS                    1,104.00        0.00         1,104.00
                           Less:  Bank Transfers/CD's           0.00        0.00
                           Subtotal                         1,104.00        0.00
                           Less:  Payments to Debtors                       0.00
                           Net                              1,104.00        0.00

                                                                                         ACCOUNT
                           TOTAL - ALL ACCOUNTS          NET DEPOSITS    DISBURSEMENTS   BALANCES
                           Non-Interest earning DDA Account - ********4827  1,104.00       0.00       1,104.00
                                                                           ─────────   ─────────   ─────────
                                                                            1,104.00       0.00       1,104.00
                                                                           =========   =========   =========

                                                         (Excludes Account  (Excludes Payments     Total Funds
                                                             Transfers)       To Debtors)          On Hand
```

Page Subtotals　　　1,104.00　　　0.00