FILED
April 14, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000451536

John W. Reger
Bankruptcy Trustee
P.O. Box 933
Palo Cedro, CA 96073
(530) 224-9939

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

MATTHEW SWITZER

Debtor(s)

Case No. 05-27174-C-7

Chapter 7

DECLARATION OF TRUSTEE IN SUPPORT OF APPLICATION FOR COMPENSATION TO TRUSTEE

I, John W. Reger, the duly-appointed Trustee in the above-referenced bankruptcy estate, hereby declare as follows:

1. On June 13, 2005, I was appointed the Chapter 7 Bankruptcy Trustee for the above-referenced estate.

2. I performed the normal trustee's duties including: opening the case and entering it into the trustee's case management software system, reviewing the petition and related schedules, reviewing mail, reviewing case with the attorney, and discussing case with debtor's attorney regarding the transfer of funds to trustee account, preparing and conducting the 341 examination of debtor, preparing and filing Forms 1, 2, and 3 as required by the U.S. Trustee for successive six-month periods, examining proofs of claim to eliminate duplication and to identify those claims that may be in addition to or in different amounts from claims listed on the debtor's schedules, preparing monthly bank

Page 1

reconciliations and proper accounting of all assets and disbursements made, preparing final accounting and maintaining a proper bond.

3. I have as of to date, spent about 5.00 hours on the administration of this case. I estimate that I will need to spend an additional 1.5 hours on the further administration this case.

As Trustee, I pray that the Court approve the fees as applied for in the Trustee's Application for Final Compensation and Reimbursement of Expenses, Report of Receipts and Disbursements, and Notice of Proposed Distribution in the sum of $276.00, plus expenses of $34.75.

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed on February 16, 2006, at Redding, California.

_____
John W. Reger, Bankruptcy Trustee